244 F.2d 314
 DODGE-FREEDMAN POULTRY COMPANY, Debtor, Appellant,
v.
DELAWARE MILLS, Inc., et al., Appellees.
 No. 5213.
 United States Court of Appeals First Circuit.
 May 21, 1957.
 
 Joseph Kruger, Boston, Mass., Widett & Kruger, Boston, Mass., on the brief, for appellant.
 Robert P. Booth, Manchester, N.H., Wyman, Starr, Booth, Wadleigh & Langdell, Manchester, N.H., on the brief, for Delaware Mills, Inc., appellee.
 Before MAGRUDER, Chief Judge, and WOODBURY and HARTIGAN, Circuit judges.
 PER CURIAM.
 
 
 1
 A judgment will be entered affirming the judgment of the District Court on the opinion by Judge Connor reported in 148 F.Supp. 647.